**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION**

**UNCLAIMED FUNDS IN CHAPTER 13 CASES**

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:          07-33021
Debtor(s) Name:  LINDA DARLENE WHITE /

Unclaimed Funds Check #:   11324159
Date Unclaimed Funds Check issued:     September 24, 2012

**Amount remitted to Unclaimed Funds - Case # 07-33021:**          **$273.82**
Claim Number:           033-0
Court Claim Number:     33

Creditor Name and Address:

Sagris Company
P O Box 12688
La Jolla, CA  92039-2688

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995